981 A.2d 1280

**Mark L. HELPIN, Respondent**

v.

**TRUSTEES OF the UNIVERSITY OF PENNSYLVANIA, Marjorie Jeffcoat, Thomas Freitag, and Lawrence M. Levin,**

**Petition of Trustees of the University of Pennsylvania.**

Supreme Court of Pennsylvania.

Sept. 15, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this **15th** day of **September, 2009,** the Petition for Allowance of Appeal is **GRANTED,** limited to the following question:

Should damages for future income that would have been calculated as part of a business's profits be discounted to present value?